1  STEVEN A. MARENBERG (#101033)
   stevenmarenberg@paulhastings.com
2  PAUL HASTINGS LLP
   1999 Avenue of the Stars, 27th Floor
3  Los Angeles, CA 90067
   Telephone: (310) 620-5710
4
5  RYAN P. PHAIR (*pro hac vice application forthcoming*)
   ryanphair@paulhastings.com
   PAUL HASTINGS LLP
6  2050 M. Street NW
   Washington, DC 20036
7  Telephone: (202) 551-1751

8  Attorneys for Defendants
   UBISOFT ENTERTAINMENT S.A. and
9  UBISOFT, INC.

10
                    UNITED STATES DISTRICT COURT
11
                    EASTERN DISTRICT OF CALIFORNIA
12

13

14 | MATTHEW CASSELL and ALAN LIU, individually and on behalf of all others similarly situated, | CASE NO. 2:24-cv-03058-DAD-CSK |
|---|---|
| Plaintiffs, | **JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT AND [PROPOSED] ORDER** |
| v. | |
| UBISOFT ENTERTAINMENT S.A. and UBISOFT, INC., | District Judge: Hon. Dale A. Drozd |
| Defendants. | Complaint Filed: November 4, 2024 |
| | <u>JURY TRIAL DEMANDED</u> |

STIPULATION AND [PROPOSED] ORDER

Pursuant to Civil Local Rule 144, Defendants Ubisoft Entertainment S.A. and Ubisoft, Inc. (collectively, "Defendants") and Plaintiffs Matthew Cassell and Alan Liu (collectively, "Plaintiffs") stipulate as follows:

WHEREAS, Plaintiffs filed a Class Action Complaint (Dkt. No. 1, "Complaint") on November 4, 2024, and delivered summons on January 6, 2025;[1]

WHEREAS, the deadline to file a responsive pleading to Plaintiffs' Complaint is January 27, 2025;

WHEREAS, Defendants intend to move for dismissal of Plaintiffs' Complaint, and on January 14, 2025, counsel for the Parties met and conferred and agreed to extend the deadline to file a responsive pleading and the associated briefing schedule;

WHEREAS, the Court has scheduled an Initial Scheduling Conference for March 10, 2025 (Dkt No. 3);

WHEREAS, due to the Parties' extended briefing schedule, the Parties agree, subject to court approval, to continue the Initial Scheduling Conference to May 12, 2025; and

WHEREAS, there have been no previous time modifications in this case.

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys of record, as follows:

1. The date on or before which Defendants shall file any responsive pleading to Plaintiffs' Complaint is hereby extended to **February 25, 2025**;

2. Plaintiffs shall file any opposition to Defendants' responsive pleading(s) on or before **April 1, 2025**; and

3. Defendants shall file any reply in support of their responsive pleading(s) on or before **April 15, 2025**.

4. The Initial Scheduling Conference is continued to **May 12, 2025**.

---

[1] Defendants reserve all rights to challenge service of process under Federal Rule of Civil Procedure 12(b)(4)-(5).

STIPULATION AND [PROPOSED] ORDER

Respectfully submitted,

DATED: January 22, 2025                    PAUL HASTINGS LLP


By: /s/ Steven A. Marenberg
           STEVEN A. MARENBERG

Attorney for Defendants
UBISOFT ENTERTAINMENT S.A. and
UBISOFT INC.

DATED: January 22, 2025                    BURSOR & FISHER, P.A.


By: /s/ Neal J. Deckant
           NEAL J. DECKANT

Attorney for Plaintiffs
MATTHEW CASSELL and ALAN LIU

**[PROPOSED] ORDER**

Pursuant to Civil Local Rule 144 and the Joint Stipulation For Extension of Time to File Response to Plaintiffs' Complaint, **IT IS SO ORDERED**.

Dated: _____

                                            HONORABLE DALE A. DROZD
                                            UNITED STATES DISTRICT JUDGE