# EXHIBIT A

```
1. MICROSOFT DIELINE: S013601.DXF
7-10-13  REV A
```





Page 1

COVER - BLURAY PlayStation 4     Case 2:24-cv-03058-DAD-CSK     Document 12-2     Filed 02/25/25     Page 3 of 3
A1750.03  ← new die
FLAT: 10.71875" x 6.3281"
FINISHED: 5.078125" x 0.5625" x 6.3281"
09/16/13
Version 2013-1
TPPS4coversheet_template13-1m.eps
Revised: 02/12/14





