| | |
|---|---|
| STEVEN A. MARENBERG (#101033)<br>stevenmarenberg@paulhastings.com<br>PAUL HASTINGS LLP<br>1999 Avenue of the Stars, 27th Floor<br>Los Angeles, CA 90067<br>Tel.: (310) 620-5710<br><br>RYAN P. PHAIR (*pro hac vice*)<br>ryanphair@paulhastings.com<br>PAUL HASTINGS LLP<br>2050 M. Street NW<br>Washington, DC 20036<br>Tel.: (202) 551-1751<br><br>Attorneys for Defendant<br>UBISOFT, INC. | NEAL J. DECKANT (#322946)<br>neckant@bursor.com<br>STEFAN BOGDANOVICH (#324525)<br>sbogdanovich@bursor.com<br>INES DIAZ VILLAFANA (#354099)<br>idiaz@bursor.com<br>BURSOR & FISHER P.A.<br>1990 North California Blvd., 9th Floor<br>Walnut Creek, CA 94596<br>Tel.: (925) 300-4455<br><br>Attorneys for Plaintiffs<br>MATTHEW CASSELL, ALAN LIU,<br>and ANGEL CERRATO |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW CASSELL, ALAN LIU, and ANGEL CERRATO, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>UBISOFT, INC.,<br><br>    Defendant. | Case No. 2:24-cv-03058-DAD-CSK<br><br>**CONSENT MOTION FOR ADMINISTRATIVE RELIEF AND [PROPOSED] ORDER**<br><br>District Judge: Hon. Dale A. Drozd<br><br>Complaint Filed: November 4, 2024<br><br><u>JURY TRIAL DEMANDED</u> |

CONSENT MOTION AND [PROPOSED] ORDER

Pursuant to Civil Local Rule 233, Defendant Ubisoft, Inc. ("Ubisoft") and Plaintiffs Matthew Cassell, Alan Liu, and Angel Cerrato (collectively, "Plaintiffs") jointly move as follows:

WHEREAS, Plaintiffs Cassell and Liu filed a Class Action Complaint (Dkt. No. 1, "Complaint") on November 4, 2024;

WHEREAS, the Court previously granted Ubisoft's Joint Stipulation for Extension of Time to File a Response to Plaintiffs' Complaint, permitting Ubisoft to respond to the Complaint by February 25, 2025 (Dkt. Nos. 5, 10);

WHEREAS, Ubisoft filed a Motion to Dismiss on February 25, 2025 (Dkt. No. 12);

WHEREAS, Plaintiffs filed a First Amended Complaint on March 18, 2025, pursuant to Fed. R. Civ. P. 15 (Dkt. No. 14), which adds a new Plaintiff, Angel Cerrato, purporting to represent a new nationwide class of consumers who purchased in-game "Crew Credits," adds a new count under the Electronic Funds Transfer Act ("EFTA") and new allegations concerning Ubisoft's alleged violations thereof, and adds additional factual and legal allegations;

WHEREAS, Ubisoft's response to Plaintiffs' First Amended Complaint is currently due by April 1, 2025;

WHEREAS, counsel for the Parties met and conferred on March 25, 2025, and agreed to extend the deadline for Ubisoft to file a responsive pleading to Plaintiffs' First Amended Complaint and the associated briefing schedule, to afford the parties sufficient time to brief the new factual and legal issues raised in the First Amended Complaint;

WHEREAS, counsel for the Parties have also agreed to extend the page limit for Ubisoft's opening motion to dismiss and for Plaintiffs' opposition brief by five (5) pages, to address the new factual and legal issues raised in the First Amended Complaint;

WHEREAS, due to the Parties' extended briefing schedule, the Parties also agree, subject to Court approval, to continue the Initial Scheduling Conference to June 30, 2025; and

WHEREAS, this is the second requested time modification in this case.

IT IS HEREBY STIPULATED, by and between the Parties, through their undersigned attorneys of record, as follows:

1.  The date on or before which Ubisoft shall file any responsive pleading to Plaintiffs' First Amended Complaint is hereby extended to **April 29, 2025**, and any memorandum in support of a motion to dismiss shall be limited to thirty (30) pages;

2.  Plaintiffs shall file any opposition to Ubisoft's responsive pleading on or before **May 27, 2025**, and such opposition shall be limited to thirty (30) pages;

3.  Ubisoft shall file any reply in support of its responsive pleading on or before **June 10, 2025**; and

4.  The Initial Scheduling Conference is continued to **June 30, 2025**.

Respectfully submitted,

DATED:  March 26, 2025                                PAUL HASTINGS LLP


                                                      By:  /s/ *Ryan P. Phair*
                                                              RYAN P. PHAIR (*pro hac vice*)

                                                      Attorney for Defendant
                                                      UBISOFT, INC.


DATED:  March 26, 2025                                BURSOR & FISHER, P.A.


                                                      By:  /s/ *Neal J. Deckant*
                                                              NEAL J. DECKANT (#322946)

                                                      Attorney for Plaintiffs
                                                      MATTHEW CASSELL, ALAN LIU, and
                                                      ANGEL CERRATO

1 **[PROPOSED] ORDER**

Pursuant to Civil Local Rule 233 and the Parties' Consent Motion for Administrative Relief, **IT IS SO ORDERED**.

Dated: _____       _____
                                     HONORABLE DALE A. DROZD
                                     UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER