STEVEN A. MARENBERG (#101033)
stevenmarenberg@paulhastings.com
PAUL HASTINGS LLP
1999 Avenue of the Stars, 27th Floor
Los Angeles, CA 90067
Telephone: (310) 620-5710

RYAN P. PHAIR (*admitted pro hac vice*)
CARTER SIMPSON (*pro hac vice* pending)
ryanphair@paulhastings.com
cartersimpson@paulhastings.com
PAUL HASTINGS LLP
2050 M. Street NW
Washington, DC 20036
Telephone: (202) 551-1751

Attorneys for Defendant
UBISOFT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW CASSELL, ALAN LIU, and ANGEL CERRATO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBISOFT, INC.,<br><br>Defendant. | CASE NO. 2:24-cv-03058-DAD-CSK<br><br>**DECLARATION OF BRIGITTE KHOURY IN SUPPORT OF UBISOFT, INC.'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Judge: Hon. Dale A. Drozd<br>Date: July 21, 2025<br>Time: 1:30 p.m.<br>Courtroom: 4, 15th Floor<br><br>Action Filed: November 4, 2024<br><br><u>JURY TRIAL DEMANDED</u> |

I, Brigitte Khoury, declare and state as follows:

1. I am employed by Ubisoft, Inc. ("Ubisoft") as Senior Legal Counsel, and I have worked for Ubisoft since May 2024. I am submitting this declaration in support of Ubisoft's Motion to Dismiss in the above-captioned case. The facts stated herein are based on my collection and review of Ubisoft's business records, which Ubisoft creates and maintains in the ordinary course of business. If called upon to testify, I could and would be able to do so competently.

2. I understand that Plaintiffs' allegations concern alleged misrepresentations and omissions in connection with Ubisoft's packaging of *The Crew* video game. In Figures 6 and 7 of their Amended Complaint (ECF No. 14), Plaintiffs provide images of the packaging for the versions of *The Crew* that they allege to have purchased. Figure 6 purports to be an image of *The Crew*'s Xbox packaging and Figure 7 purports to be an image of *The Crew*'s PlayStation packaging. These images only feature the reverse side of the packaging that Plaintiffs allegedly purchased.

3. A true and correct copy of the full *The Crew* packaging labels, including the front, and back covers, is attached hereto as Exhibit A. Specifically, the first image is a complete scan of the Xbox product label presented in Figure 6 of the Amended Complaint, and the second image is a complete scan of the PlayStation product label presented in Figure 7 of the Amended Complaint.

4. Additionally, a true and correct copy of Ubisoft's Terms of Use in effect from January 12, 2016, through May 12, 2020, when Plaintiffs allegedly purchased *The Crew*, is attached hereto as Exhibit B. Ubisoft's Terms of Use can be accessed through Ubisoft's public website and at the bottom of product pages throughout its website. The current version of Ubisoft's Terms of Use can be accessed at the following url: https://legal.ubi.com/termsofuse/en-US.

DECLARATION OF BRIGITTE KHOURY IN SUPPORT OF DEFENDANT UBISOFT, INC.'S MOTION TO DISMISS AMENDED COMPLAINT

- 1 -

CASE NO. 2:24-cv-03058-DAD-CSK

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed in San Francisco, California on April 29, 2025.

By: _____
Brigitte Khoury

Original signature retained by attorney Ryan P. Phair.

DECLARATION OF BRIGITTE KHOURY IN SUPPORT OF DEFENDANT UBISOFT, INC.'S MOTION TO DISMISS AMENDED COMPLAINT

- 2 -

CASE NO. 2:24-cv-03058-DAD-CSK