# EXHIBIT A

1. MICROSOFT DIELINE: S013601.DXF

7-10-13 REV A

Dieline Eng. Spec: S013601
Xbox One
Outer Wrap Template

v1.1

DO NOT ALTER OR MOVE TEMPLATE ITEMS

XBOX_ONE_OWP_v1.1.indd May 2014

>> Up to date?
Check the Xbox brand site at https://microsoftrad.com/ for the latest information, templates, and more!

Artwork Creator: Responsibility sits with you (your company) to ensure that final packaging complies with age rating bodies and local laws for all regions into which you are distributing. You are also responsible to secure all necessary licenses and approvals for use of any third party logos and notices, including technology logos, developer studios and/or middleware logos.

Ubisoft Creative Services

MS Color Bar V.8 2013 CYAN MAGENTA YELLOW BLACK

166 Cyan 124 376 362 526 100 75 50 25 100 75 50 25 100 75 50 25 100 75 50 25

Layout Guide

COVER - BLURAY PlayStation 4   Case 2:24-cv-03058-DAD-CSK    Document 19-2    Filed 04/29/25    Page 3 of 3
A1750.03  ← new die
FLAT: 10.71875" x 6.3281"
FINISHED: 5.078125" x 0.5625" x 6.3281"
09/16/13
Version 2013-1
TPPS4coversheet_template13-1m.eps
Revised: 02/12/14





