**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
Stefan Bogdanovich (State Bar No. 324525)
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ndeckant@bursor.com
         sbogdanovich@bursor.com
         idiaz@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW CASSELL, ALAN LIU, and ANGEL CERRATO, individually and on behalf of all others similarly situated,<br><br>                            Plaintiffs,<br>    v.<br><br>UBISOFT, INC.,<br><br>                            Defendant. | Case No. 2:24-cv-03058-DAD-CSK<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing…a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiffs Matthew Cassell, Alan Liu, and Angel Cerrato, hereby dismiss their claims against Defendant Ubisoft, Inc., without prejudice.

Dated: June 12, 2025                    Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Stefan Bogdanovich*
          Stefan Bogdanovich

Neal J. Deckant (State Bar No. 322946)
Stefan Bogdanovich (State Bar No. 324525)
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ndeckant@bursor.com
            sbogdanovich@bursor.com
            idiaz@bursor.com

*Attorneys for Plaintiffs*